140 A.3d 676

**Jemill BANTUM, Petitioner**

v.

**U.S. BANK NATIONAL ASSOCIATION, et al., Phelan Hallinan, Diamond & Jones, Respondents.**

No. 71 EM 2016.

Supreme Court of Pennsylvania.

June 20, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of June, 2016, the Application for Extraordinary and/or King's Bench Jurisdiction is **DENIED.**

140 A.3d 676

**Ex rel NELSON, Charles, Petitioner**

v.

**WELLS FARGO BANK, N.A., Phelan Hallinan LLP, Roseann E. Weisblatt, Respondents.**

No. 72 EM 2016.

Supreme Court of Pennsylvania.

June 20, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of June, 2016, the Application for Extraordinary and/or King's Bench Jurisdiction is **DENIED.**